**Leroy DAVIS, Claimant–Appellant,**

v.

**James B. PEAKE, M.D., Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2008–7136.

United States Court of Appeals, Federal Circuit.

Oct. 15, 2008.

## ON MOTION

### ORDER

Leroy Davis moves without opposition to dismiss his appeal. Upon consideration thereof, IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

**Peter MATHIS, Jr., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2008–5174.

United States Court of Appeals, Federal Circuit.

Oct. 16, 2008.

### ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.